418

697 A.2d 983

**Patricia M. VAN DINE (Danylak), Respondent,**

v.

**George D. GYURISKA, Sr., Petitioner.**

**No. 724 M.D.1996.**

Supreme Court of Pennsylvania.

Aug. 15, 1997.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of August, 1997, the Petition for Allowance of Appeal is granted but limited to the following issue:

Did the Superior Court err. by failing to grant Petitioner a de novo hearing?

It is further ordered that the case be submitted on briefs.